# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-3067
_____

BARBARA V. HUNTER,

Appellant,

v.

POLK COUNTY SCHOOL
BOARD/JOHNS EASTERN
COMPANY, INC.,

Appellees.

_____

On appeal from the Office of the Judges of Compensation Claims.
Wilbur W. Anderson, Judge.

Date of Accident: August 6, 1997

February 16, 2026

PER CURIAM.

AFFIRMED.

RAY, NORDBY, and TREADWELL, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Pat T. DiCesare, II of DDB Law, Lakeland, and Thomas Warren Sculco and Shannon McLin of Florida Appeals, Orlando, for Appellant.

Warren Kenneth Sponsler and Evan Daniel Kegler of Sponsler, Hammer & Johnson, P.A., Tampa, for Appellees.